944 A.2d 587
IN THE MATTER OF DONALD W. DE LEO,
SURROGATE OF HUDSON COUNTY.

September 19, 2007.

## ORDER

This matter having come before the Court on a presentment from the Advisory Committee on Judicial Conduct, which concluded that **DONALD W. DE LEO, Surrogate of Hudson County,** had violated Canons 1 (A Judge Should Uphold the Integrity and Independence of the Judiciary), 2A (A Judge Should Avoid Impropriety and the Appearance of Impropriety in All Activities), 3C(1) (A Judge Should Perform the Duties of Judicial Office Impartially and Diligently), and 5A(1) (A Judge Shall Conduct Extra–Judicial Activities in Manner to Minimize Risk of Conflict with Judicial Activities) of the *Code of Judicial Conduct* and *Rules* 1:15–1(c) (A Surrogate Shall Not Practice Law in any Estate or Trust Matter In or Out of Court) and 2:15–8(a)(6) (A Judge Should Not Engage in Conduct Prejudicial to the Administration of Justice That Brings the Judicial Office into Disrepute)

And the Committee having recommended that respondent not be disciplined for his violation of *Rule* 1:15–1(c) (preparing a will for a private client while serving as Surrogate) and the related violations of *Rule* 2:15–8(a)(1) and Canons 1 and 2A because of a perceived ambiguity in *Rule* 1:15–1(c),

And the Committee having made a separate recommendation that respondent be reprimanded for other conduct found by the Committee to be in violation of Canons 1, 2A, 3C(1), and 5A(1), as well as *Rule* 2:15–8(a)(6) (probating a will and issuing letters testamentary in a matter in which respondent drafted the will);

And respondent, through counsel, having waived his right to a hearing before the Supreme Court and having submitted himself to the judgment of the Court based on the presentment and the record before the Advisory Committee on Judicial Conduct;

And good cause appearing;

It is ORDERED that the Court hereby adopts that portion of the findings and recommendations of the Advisory Committee on Judicial Conduct that concluded respondent should be disciplined for probating a will and issuing letters testamentary in a matter which he drafted the will, in violation of Canons 1, 2A, 3C(1), and 5A(1) of the *Code of Judicial Conduct* and *Rule* 2:15–8(a)(6); and it is further

ORDERED that **SURROGATE DONALD W. DE LEO** is reprimanded for his violations of Canons 1, 2A, 3C(1), and 5A(1) of the *Code of Judicial Conduct* and *Rule* 2:15–8(a)(6).

Chief Justice RABNER and Justices LONG, LaVECCHIA, ALBIN, WALLACE, and HOENS join in the Court's Order. Justice RIVERA–SOTO did not participate in the matter.